186 So. 923

## E. C. RAGSDALE v. STATE.
### 8 Div. 701.

Court of Appeals of Alabama.
Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

---

177 So. 925

## Jack RAINES v. STATE.
### 6 Div. 214.

Court of Appeals of Alabama.
Dec. 7, 1937.

SAMFORD, Judge.
Affirmed.

---

184 So. 920

## Frank RAPER v. STATE.
### 7 Div. 399.

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

---

180 So. 901

## Jules RAST v. STATE.
### 7 Div. 344.

Court of Appeals of Alabama.
Feb. 22, 1938.

Rehearing Denied March 8, 1938.

Motley & Motley, of Gadsden, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

The points for decision in this case appear to be in all respects similar to those involved in the case of George Mastoras v. State, ante, p. 123, 180 So. 113, this day decided, and the controlling facts are the same in the two cases.

We are satisfied with what has been said by Judge Samford in disposing of the Mastoras Case; and, upon the authority of the decisions in that case, the judgment here appealed from is reversed, and the cause remanded.

Reversed and remanded.

---

184 So. 920

## Abe RAY v. STATE.
### 5 Div. 60.

Court of Appeals of Alabama.
Nov. 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.